**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eneyda Romero MOLINA, a.k.a.
Martha Salgado–Vega,
Defendant–Appellant.**

**No. 09–14827
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 20, 2010.

Elizabeth M. Hathaway, Jenny R. Turner, John Andrew Horn, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

David D. Marshall, Marietta, GA, for Defendant–Appellant.

Before MARCUS, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

David Marshall, appointed counsel for Eneyda Romero Molina in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Molina's convictions and sentences are **AFFIRMED.**